1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York, New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Gilbert H. and June Dixon, et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-5903:* Plaintiff Sharon S. Schroeder and Alan Schroeder | |

Come now the Plaintiffs, Sharon S. Schroeder and Alan Schroeder, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Sharon S. Schroeder and Alan Schroeder's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ___March 11___, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___March 30___, 2009

By: _____
United States District Court