Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Gilbert H. and June Dixon, et. al., vs. Pfizer, Inc.,*. *MDL No. 06-5903:* Plaintiff Martin R. Staehnke and Jo Anne Staehnke | |

Come now the Plaintiffs, Martin R. Staehnke and Jo Anne Staehnke, and Defendant,

Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil

STIPULATION OF DISMISSAL WITH PREJUDICE

1   Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Martin**

2   **R. Staehnke and Jo Anne Staehnke's** action only, with each side bearing its own attorneys' fees

3   and costs.

4

5

6

7   Dated: _____, 2009          By:_____
                                                Jayne Conroy
8                                              **HANLY CONROY BIERSTEIN**
                                                **SHERIDAN FISHER & HAYES LLP**
9                                              112 Madison Avenue
                                                New York, New York  10016-7416
10                                             (212) 784-6400
                                                (212) 784-6420 (Fax)
11                                             Email: jconroy@hanlyconroy.com

12                                -and-

13                                             **SIMMONSCOOPER LLC**
                                                707 Berkshire Blvd.
14                                             East Alton, IL  62024
                                                (618) 259-2222
15                                             (618) 259-2251 (Fax)

16
                                                *Counsel for Plaintiff.*
17

18

19   Dated: _____March 11_, 2009        By:_____
                                                Michelle W. Sadowsky
20                                             **DLA PIPER US LLP**
                                                1251 Avenue of the Americas
21                                             New York, New York  10020-1104
                                                (212) 335-4625
22                                             (212) 884-8675 (Fax)

23                                             *Counsel for Defendant Pfizer, Inc.*

24
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
25   **IT IS SO ORDERED.**

26

27   Dated: _____March 30__, 2009       By:_____
                                                United States District Court
28

                                   - 2 -          STIPULATION OF DISMISSAL WITH PREJUDICE